1:22-CV-272

15BI

Cat #4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

James A. Smith

Vs.

Berringer
Ms. Kerspaich
Jane Doe

FILED   IFP

SEP 21 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, James A. Smith, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: __None__

2. If you received within the past twelve months any money from any source, explain, and state the amount: __See Attached Monthly Account Statement.__

3. State the amount of money you have in a checking, savings, or prison account: __11¢__

4. Identify and state the value of any real estate, stocks, bonds, notes automobiles, or other valuable property (excluding ordinary household furnishings and clothing) which you own: __None__

5. List the persons who are dependent upon you for support; state relation ship to those persons and indicate how much you contribute toward their support: __None__

I declare under penalty of perjury that the foregoing is true and correct.
SIGNED THIS __18__ DAY OF __September__, 20 __22__.

Plaintiff's Signature

*RHM*
*B-22*



## Integrated Offender Case Management System
## Monthly Account Statement - Individual

9/14/2022 9:56:12 AM

From Date: 03/01/2022    To Date: 09/09/2022

| Housing | Case ID | Offender Name | Location |
|---|---|---|---|
| H-B-2022-01 | LJ5155 | SMITH,JAMES | ALBION |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| ALB-059043 | 03/03/2022 | 32 - Commissary (ALB COMMISSARY FOR 03/03/2022) | -4.92 | 1.51 |
| ALB-059118 | 03/11/2022 | 10 - Maintenance Payroll (GRP 2 - 7th -6th) | +2.10 | 3.61 |
| ALB-059118 | 03/11/2022 | 10 - Maintenance Payroll (GRP 2 - 7th -6th) | +44.80 | 48.41 |
| ALB-059118 | 03/11/2022 | 60 - CVCF  (CP-51-CR-0010869-2012) | -4.48 | 43.93 |
| ALB-059118 | 03/11/2022 | 50 - Act 84  (CP-51-CR-0010869-2012) | -1.18 | 42.75 |
| ALB-059328 | 03/29/2022 | 34 - Cable | -17.00 | 25.75 |
| ALB-059372 | 04/04/2022 | 27 - Misc/Other (EID Feast) | -23.00 | 2.75 |
| ALB-059456 | 04/11/2022 | 10 - Maintenance Payroll (GRP 2 - 7th -6th) | +54.15 | 56.90 |
| ALB-059456 | 04/11/2022 | 60 - CVCF  (CP-51-CR-0010869-2012) | -5.42 | 51.48 |
| ALB-059504 | 04/14/2022 | 32 - Commissary (ALB COMMISSARY FOR 04/14/2022) | -40.29 | 11.19 |
| ALB-059556 | 04/19/2022 | 32 - Commissary (ALB COMMISSARY CR FOR 04/19/2022) | +2.88 | 14.07 |
| ALB-059664 | 04/28/2022 | 32 - Commissary (ALB COMMISSARY FOR 04/28/2022) | -13.14 | 0.93 |
| ALB-059762 | 05/10/2022 | 10 - Maintenance Payroll (GRP 2 - 7th -6th) | +39.90 | 40.83 |
| ALB-059762 | 05/10/2022 | 60 - CVCF  (CP-51-CR-0010869-2012) | -3.99 | 36.84 |
| ALB-059800 | 05/12/2022 | 32 - Commissary (ALB COMMISSARY FOR 05/12/2022) | -25.82 | 11.02 |
| ALB-059874 | 05/19/2022 | 32 - Commissary (ALB COMMISSARY FOR 05/19/2022) | -7.20 | 3.82 |
| ALB-060281 | 06/30/2022 | 36 - Copies (IGWF) | -0.25 | 3.57 |
| ALB-060314 | 07/05/2022 | 36 - Library Copies (Copies) | -1.00 | 2.57 |
| ALB-060467 | 07/21/2022 | 32 - Commissary (ALB COMMISSARY FOR 07/21/2022) | -2.29 | 0.28 |
| ALB-060836 | 09/01/2022 | 32 - Commissary (ALB COMMISSARY FOR 09/01/2022) | -0.17 | 0.11 |

Current, Escrow, & Available Balances are as of 9/14/2022 9:56:12 AM

| Current Balance | 0.11 |
|---|---|
| Escrow Balance | 0.00 |
| Available Balance | 0.11 |